MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**NATHANIEL CUNDIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>NATHANIEL CUNDIFF,<br><br>  Defendant. | Case No. 1:24-PO-00006-SAB-1<br><br>STIPULATION TO ALLOW VIDEO APPEARANCE (F.R. Crim. P. 43(b)(2)); ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney, Jeffrey Spivak, and Defendant, NATHANIEL CUNDIFF ("Mr. CUNDIFF"), by and through his attorney of record, Michael Mitchell, that Mr. CUNDIFF be allowed to appear via video for status conferences and motions pursuant to F.R. Crim. P. 43(b)(2).

This request is made since Mr. CUNDIFF lives in Lake View Terrace, California, which is in the City of Los Angeles and is more than 200 miles from the U.S. District Court located in Fresno. In addition, Mr. CUNDIFF has an adult stepson who is autistic and requires Mr. CUNDIFF's supervision. Traveling to Fresno would be a hardship for Mr. CUNDIFF because he would have difficulty finding someone to oversee his stepson, as he is an adult with special

needs. Mr. CUNDIFF is also self-employed and runs a media company, Fearless Visionary Entertainment.

     Mr. CUNDIFF will be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

DATED: <u>June 21, 2024</u>               /s/ Michael E. Mitchell_____
                                           Michael E. Mitchell Attorney for Defendant
                                           NATHANIEL CUNDIFF

DATED: <u>June 21, 2024</u>               /s/ Jeffrey Spivak_____
                                           Assistant United States Attorney

**ORDER**

     Since there is an outstanding warrant for the defendant's failure to appear at his original hearing on January 18, 2024 at 9:00 a.m. and that he failed to appear, defendant's request to appear by video is DENIED.

IT IS SO ORDERED.

Dated:   **July 1, 2024**                    _____
                                                     UNITED STATES MAGISTRATE JUDGE