1 | MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**NATHANIEL CUNDIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-PO-00006-SAB-1 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| vs. | |
| | Division: Eastern District, Fresno |
| | Magistrate: Hon. Stanley A. Boone |
| NATHANIEL CUNDIFF, | |
| Defendant. | Date: November 21, 2024 |
| | Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney, Cody Chapple, and Defendant, NATHANIEL CUNDIFF ("Mr. CUNDIFF"), by and through his attorney of record, Michael Mitchell, that the status conference set for November 21, 2024, at 10:00 a.m. be continued till January 16, 2025, at 10:00 a.m.

///

///

///

///

///

///

Stipulation for Continuance - 1
[Proposed] Order Thereon

This request for the continuance request is that the parties are still in the process of reviewing discovery and negotiations are ongoing in an effort to resolve the case prior to trial.

DATED: November 20, 2024                /s/ Michael E. Mitchell
                                        Michael E. Mitchell Attorney for Defendant
                                        NATHANIEL CUNDIFF

DATED: November 20, 2024                /s/ Cody Chapple
                                        Assistant United States Attorney

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to continue the status conference of NATHANIEL CUNDIFF ("Mr. CUNDIFF") is granted. The status conference will be continued till January 16, 2025, at 10:00 a.m. No further continuances will be granted. On January 16, the parties shall be prepared for setting a trial in short order or a change of plea being set. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:    **November 20, 2024**                  _____
                                                 STANLEY A. BOONE
                                                 United States Magistrate Judge