1  PHILLIP A. TALBERT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            Case No. 1:24-po-00006-SAB

12 |                Plaintiff,             [Citation #9336559 CA/74]

13 | v.
                                          MOTION AND ORDER FOR DISMISSAL
14 | NATHANIEL T. CUNDIFF,

15 |                Defendant.

16

17

18      The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Cody S. Chapple, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00006-

20 SAB [Citation #9336559 CA/74] against NATHANIEL T. CUNDIFF, without prejudice, in the interest

21 of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: January 10, 2025                       Respectfully submitted,

24                                               PHILLIP A. TALBERT
                                                 United States Attorney
25
                                          By:    /s/ *Cody S. Chapple*
26                                               CODY S. CHAPPLE
                                                 Assistant United States Attorney
27

28

                                                 1
                                                                            U.S. v. Cundiff
                                                                            Case No. 1:24-po-00006-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:24-po-00006-SAB [Citation #9336559 CA/74] against NATHANIEL T. CUNDIFF be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **January 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge